MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>SALOMON JAIMES SALGADO,<br>A.K.A. RUBEN RUIZ,<br>A.K.A. JAIMES EFRAIN SALGADO,<br>A.K.A. RODRIGUES RAMONE SALOMON,<br>A.K.A. PEDRO ZUNIGA<br><br>Defendant. | CASE NO. 2:25-cr-0105 TLN<br><br>PETITION TO SEAL INDICTMENT |

TO THE HONORABLE JEREMY D. PETERSON, UNITED STATES MAGISTRATE JUDGE:

Charles Campbell Assistant United States Attorney for the Eastern District of California, petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, a proposed indictment charging the above named defendant with a violation of Title 18, United States Code, Section 1028A.

2. The Indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agents believe that public disclosure of this indictment against defendant, SALOMON JAIMES SALGADO, will adversely affect the ongoing covert investigation.

1    THEREFORE, your petitioner asks that the aforesaid indictment, this Petition, and the Order to Seal, be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until further order of this Court.

DATED:

                      MICHELE BECKWITH
                      Acting United States Attorney

            By; */s/ Charles Campbell*
                CHARLES CAMPBELL
                Assistant U.S. Attorney