1  MICHELE BECKWITH
   Acting United States Attorney
2  CHARLES CAMPBELL
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700



FILED
Apr 24, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SALOMON JAIMES SALGADO,
A.K.A. RUBEN RUIZ,
A.K.A. JAIMES EFRAIN SALGADO,
A.K.A. RODRIGUES RAMONE SALOMON,
A.K.A. PEDRO ZUNIGA,

        Defendant.

CASE NO. 2:25-cr-0105 TLN

ORDER TO SEAL
(UNDER SEAL)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Charles Campbell to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: April 24, 2025

HONORABLE JEREMY D. PETERSON
United States Magistrate Judge