KIMBERLY A. SANCHEZ
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-105-TLN |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| SALOMON JAIMES SALGADO, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for a status conference on July 31, 2025, however, counsel for the government will be unavailable on that date.

2. The parties move to vacate the July 31 status conference, and to set a change of plea hearing for August 7, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

STIPULATION TO VACATE STATUS CONFERENCE
AND SET CHANGE OF PLEA HEARING

1

Dated: July 24, 2025                        KIMBERLY A. SANCHEZ
                                            Acting United States Attorney


                                            /s/ CHARLES CAMPBELL
                                            CHARLES CAMPBELL
                                            Assistant United States Attorney


Dated: July 24, 2025                        /s/ DOUG BEEVERS
                                            DOUG BEEVERS
                                            Counsel for Defendant
                                            SALOMON JAIMES SALGADO


## ORDER

IT IS SO FOUND AND ORDERED this 25th day of July, 2025.


_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO VACATE STATUS CONFERENCE
AND SET CHANGE OF PLEA HEARING

2