| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | SALOMON SALGADO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-CR-00105-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO ADVANCE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | Date: November 6, 2025 to October 2, 2025 |
| SALOMON SALGADO, | ) | Time: 9:30 AM |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for SALOMON SALGADO, that the sentencing hearing scheduled for November 6, 2025, at 9:30 a.m., be vacated and the matter advanced to **October 2, 2025, at 9:30 a.m.**

   The defense requests advancement, because there is no objection to the pre-sentence report.  AUSA Campbell and U.S. Probation do not object to the advancement.  Defendant is housed at Sacramento County jail.

DATED: September 29, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender

Stipulation and Order                              -1-

1
2    DATED: September 29, 2025
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorney for SALOMON SALGADO

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order                     -2-

# **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order, and the sentencing hearing shall be advanced to October 2, 2025, at 9:30 a.m.

DATED: September 30, 2025

_____
Troy L. Nunley
Chief United States District Judge